ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ECKELKAMP, Individually and as Spouse of ELIZABETH ECKELKAMP, and ELIZABETH ECKELKAMP, Individually and as Spouse of KEVIN ECKELKAMP,<br><br>v.<br><br>Plaintiff(s), | CASE NUMBER: |
| PRINCESS CRUISE LINES, LTD, doing business as PRINCESS CRUISES; VENTURE TRAVEL, LLC, doing business as TAQUAN AIR; And MOUNTAIN AIR SERVICE, LLC,<br><br>Defendant(s) | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

|            PARTY            |       CONNECTION / INTEREST       |
|---|---|

_____        *Carlos F. Leinás Negret*
Date                                     Signature


Attorney of record for (or name of party appearing in pro per):

_____