1  Ralph S. LaMontagne, Jr. [State Bar No. 91536]
   rlamontagne@l-a-lawoffices.com
2  Eric A. Amador [State Bar No. 143395]
   eamador@l-a-lawoffices.com
3  Thomas T. Carpenter [State Bar No. 98051]
   tcarpenter@l-a-lawoffices.com
4  LaMONTAGNE & AMADOR LLP
   150 S. Los Robles Avenue, Suite 940
5  Pasadena, California 91101

6  Telephone:  (626) 765-6800
   Facsimile:  (626) 765-6801
7
   Attorneys for Defendant
8  VENTURE TRAVEL, L.L.C., doing business as
   TAQUAN AIR
9

10                    UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12

13 | KEVIN ECKELKAMP, Individually and         ) Case No. 2:20-cv-10275-CAS-JC
     as Spouse of ELIZABETH ECKELKAMP         )
14 | and ELIZABETH ECKELKAMP,                  )
     Individually and as Spouse of KEVIN       ) **STIPULATION FOR DISMISSAL**
15 | ECKELKAMP,                                ) **OF ACTION WITH PREJUDICE**
                                              ) **(Fed.R.Civ.P. 41)**
16          Plaintiffs,                       )
                                              )
17     vs.                                    )
                                              )
18 | PRINCESS CRUISE LINES, LTD., doing       )
     business as PRINCESS CRUISES,            )
19 | VENTURE TRAVEL, LLC, doing               )
     business as TAQUAN AIR; and              )
20 | MOUNTAIN AIR SERVICE, LLC, doing         )
     business as MOUNTAIN AIR,                )
21                                            )
            Defendants.                       )
22                                            )
                                              )
23                                            )
                                              )
24 _____     )

25

26

27

28

---

Stipulation For Dismissal Of Action With Prejudice (Fed.R.Civ.P. 41)

242239

The undersigned parties, who are all the parties to this action, namely, plaintiffs, Kevin Eckelkamp, individually and as spouse of Elizabeth Eckelkamp, and Elizabeth Eckelkamp, individually and as spouse of Kevin Eckelkamp, and defendants, Princess Cruise Lines, Ltd., dba Princess Cruises, Venture Travel, LLC, dba Taquan Air, and Mountain Air Service, LLC, dba Mountain Air, hereby **STIPULATE**, pursuant to Fed.R.Civ.P. 41, to the dismissal of this action, with prejudice, with each party bearing said party's own fees and costs.

Dated:  June 8, 2021          NELSON & FRAENKEL LLP

                              By: /s/ *Carlos F. Llinás Negret*
                                  Stuart R. Fraenkel
                                  Gretchen Nelson
                                  Carlos F. Llinás Negret
                                  Attorneys for Plaintiffs
                                  KEVIN ECKELKAMP and
                                  ELIZABETH ECKELKAMP

Dated:  June 8, 2021          FLYNN, DELICH & WISE LLP

                              By: /s/ *Nicholas S. Politis*
                                  Nicholas S. Politis
                                  Attorneys for Defendant
                                  PRINCESS CRUISE LINES, LTD.,
                                  doing business as PRINCESS CRUISES

Dated:  June 8, 2021          WORTHE HANSON & WORTHE

                              By: /s/ *John Hanson*
                                  John Hanson
                                  Attorneys for Defendant
                                  MOUNTAIN AIR SERVICE, LLC,
                                  doing business as MOUNTAIN AIR

1
Stipulation For Dismissal Of Action With Prejudice (Fed.R.Civ.P. 41)
242239

| | | |
|---|---|---|
| 1 | Dated:  June 8, 2021 | LaMONTAGNE & AMADOR LLP |
| 2 | | |
| 3 | | By:  /s/  *Ralph S. LaMontagne, Jr.* |
| | | Ralph S. LaMontagne, Jr. |
| 4 | | Eric A. Amador |
| | | Thomas T. Carpenter |
| 5 | | Attorneys for Defendant |
| 6 | | VENTURE TRAVEL, L.L.C., doing business as TAQUAN AIR |

2
Stipulation For Dismissal Of Action With Prejudice (Fed.R.Civ.P. 41)

242239

# **ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated: June 8, 2021          LaMONTAGNE & AMADOR LLP

By: /s/ *Ralph S. LaMontagne, Jr.*
    Ralph S. LaMontagne, Jr.
    Eric A. Amador
    Thomas T. Carpenter
    Attorneys for Defendant
    VENTURE TRAVEL, L.L.C., doing business as TAQUAN AIR